# Decisions Court of Appeal

## Parish of Orleans

### No. 5408.

### LEONARD KROWER vs. JACOB SEGEN.

#### Syllabus.

Appeal from the Civil District Court for the Parish of Orleans, Division "A," No. 84,349, Hon. T. C. W. Ellis, Judge.

E. T. Florance, for plaintiff and appellee.

H. A. Moise, Richardson & Soule, for defendant and appellant.

His Honor, JOHN ST. PAUL, rendered the opinion and decree of the Court, as follows:

The joint motion on file considered.
It is ordered that the appeal herein be dismissed.